## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## HELENA DIVISION

**WILLIAM MYRON THURMAN**                                       **PETITIONER**

**VS.**                            **CASE NO. 2:06CV00212 SWW**

**LINDA SANDERS,**
**WARDEN, FCI FORREST**
**CITY, ARKANSAS**                                        **RESPONDENT**

### JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered

dismissing this petition for writ of habeas corpus with prejudice.  The relief sought is denied.

IT IS SO ORDERED this 29th day of January 2007.

/s/Susan Webber Wright

United States District Judge